# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ITALIAN CONNECTION, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALTITUDE COLLECTION, LLC, *et al.*, <br><br> Defendants. | Case No.: 2:19-cv-06127-CJC-AGR <br> <u>Hon. Cormac J. Carney Presiding</u> <br><br> **ORDER ON STIPULATION TO DISMISS THE ACTION WITH PREJUDICE** |

- 1 -

<u>ORDER</u>:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action is dismissed with prejudice; and,

2. Each party is to bear its own costs and fees as incurred against one another.

<u>SO ORDERED</u>.

Date: March 6, 2020    By: _____
HON. CORMAC J. CARNEY
U.S. DISTRICT COURT JUDGE